UNITED STATES of America, on the Relation of Emil Henry CARSTENS, Relator-Appellant, v. Rudolph REIMER, Commissioner of Immigration, Port of New York, Respondent-Appellee.

No. 24.

Circuit Court of Appeals, Second Circuit.

Oct. 21, 1935.

Maurice B. Gladstone, of New York City, for appellant.

F. W. H. Adams, U. S. Atty., of New York City (David W. Wainhouse and Malcolm A. Crusius, Asst. U. S. Attys., both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Smith v. United States, 289 U.S. 744, 53 S.Ct. 687, 77 L.Ed. 1490, and United States ex rel. Karpay v. Uhl (C.C.A.) 70 F.(2d) 792.

UNITED STATES of America ex rel. CHIN MOON JIT, Father and Next Friend of Chin Lum On, Relator-Appellant, v. Rudolph REIMER, Commissioner of Immigration, Chinese Inspector in Charge of the Port of New York, or Any One Else Having the Custody of the Above-Named Relator, Respondent-Appellee.

No. 88.

Circuit Court of Appeals, Second Circuit.

Oct. 21, 1935.

John J. Glynn, of New York City (William J. Reinhart, Jr., of New York City, of counsel), for appellant.

F. W. H. Adams, U. S. Atty., of New York City (Irvin C. Rutter, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.
Order affirmed.

UNITED STATES of America ex rel. Srul GOLDBRAND, also known as Sol. Goldbrand, Appellant, v. COMMISSIONER OF IMMIGRATION, ELLIS ISLAND, NEW YORK HARBOR, Respondent.

No. 143.

Circuit Court of Appeals, Second Circuit.

Nov. 4, 1935.

Tauber & Freedman, of New York City, for relator.

F. W. H. Adams, U. S. Atty., of New York City (Gregory F. Noonan, Asst. U. S. Atty., of New York City, of counsel), for respondent.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.